THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTO MARTINEZ-LUIS, <br><br> Petitioner, <br><br> v. <br><br> STEVE SINCLAIR, <br><br> Respondent. | CASE NO. C20-1611-JCC <br><br> ORDER |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 7). Having thoroughly reviewed the R&R, to which no objections have been filed, and the remaining record, the Court hereby finds and ORDERS as follows:

(1) The R&R is approved and ADOPTED;

(2) Petitioner's habeas petition is DENIED as a second or successive petition, and this action is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED as to all claims; and

(4) The Clerk is DIRECTED to send copies of this Order to the parties and to the Honorable Michelle L. Peterson.

ORDER
C20-1611-JCC
PAGE - 1

1   DATED this 29th day of December 2020.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE